Royal F. Oakes (080480), roakes@bargerwolen.com
Michael A. S. Newman (205299), mnewman@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Plaintiffs
Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company and Farmers New World Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, an inter-insurance exchange; TRUCK INSURANCE EXCHANGE, an inter-insurance exchange; FIRE INSURANCE EXCHANGE, an inter-insurance exchange; MID-CENTURY INSURANCE COMPANY, a corporation; and FARMERS NEW WORLD LIFE INSURANCE COMPANY, a corporation<br><br>     Plaintiffs,<br><br> vs.<br><br>STEELE INSURANCE AGENCY,  INC., a California corporation; TROY STEELE, an individual; TED BLALOCK, an individual; LARRY MCCARREN, an individual; BILL HENTON, an individual; CINDY JO PERKINS, and individual; and DOES 1 through 50, inclusive<br><br>     Defendants. | Case No.  2:13-CV-00784-MCE-DAD<br><br>**JOINT STIPULATION MOVING HEARING DATES ON SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS; ORDER**<br><br>Current Date: July 24, 2014<br>Time:  2:00 p.m.<br>Courtroom:  7<br><br>**Proposed Date: August 5, 2014** |

**JOINT STIPULATION AND ORDER**

## STIPULATION

The First Amended Cross-Claim of Cross-Claimants Troy Steele and Steele Insurance Agency, Inc. ("Cross-Claimants") was filed on June 3, 2014;

On June 24, 2014, Cross-Defendants Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company and Farmers New World Life Insurance Company ("Cross-Defendants") ("Cross-Claimants" and "Cross-Defendants" are, respectively, "the Parties") filed their SPECIAL MOTION TO STRIKE PURSUANT TO CCP 425.16 and MOTION TO DISMISS, setting the hearing of those motions both for July 24, 2014 at 2:00 p.m.;

Michael A.S. Newman, the counsel for Cross-Defendants with primary responsibility for drafting the above motions and the reply briefs for such motions, is set to go on a family vacation starting on July 12, 2014 and returning on July 21, 2014;

As Cross-Claimants' oppositions to the instant motions are due on July 10, 2014, and as Cross-Defendants' replies are due on July 17, 2014, the drafting of the reply briefs will fall largely during the period when Mr. Newman will be on vacation;

Therefore, the Parties stipulate to move the hearing dates for both motions to August 5, 2014.  Correspondingly, the parties stipulate to move the opposition and reply dates to the times such oppositions and replies would have been due had the motion initially been set for hearing on August 5, 2014 (i.e., July 24 for oppositions and July 31 for replies).

IT IS SO STIPULATED.

Dated:  July 7, 2014

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Plaintiffs and Cross-Defendants Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company and Farmers New World Life Insurance Company

Dated:  July 7, 2014

LAW OFFICES OF WILLIAM B. HANLEY

By: _____
WILLIAM B. HANLEY
Attorneys for Defendant Steele Insurance Agency Insurance Exchange, Troy Steele, Larry McCarren and Bill Henton and for Cross-Claimants Steele Insurance Agency, Inc. and Troy Steele

# ORDER

Having reviewed the Joint Stipulation, and good cause appearing, the Court hereby ORDERS that the hearing date for the SPECIAL MOTION TO STRIKE PURSUANT TO CCP 425.16 AND MOTION TO DISMISS of Cross-Defendants Farmers Insurance Exchange, Truck Insurance Exchange, Fire insurance Exchange, Mid-Century Insurance Company and Famers New World Life Insurance Company ("Cross-Defendants") is continued to Thursday, August 7, 2014, at 2:00 p.m., in Courtroom 7.  Correspondingly, the opposition and reply deadlines are continued to the times such oppositions and replies would have been due had the motion initially been set for hearing on August 7, 2014 (i.e., July 24 for oppositions and July 31 for replies).

**IT IS SO ORDERED.**

**Dated:  July 8, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT