1  Royal F. Oakes (SBN 080480)
   roakes@mail.hinshawlaw.com
2  Royal F. Oakes (SBN 080480)
   roakes@mail.hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   633 West 5th Street, 47th Floor
4  Los Angeles, CA 90071-2043
   Telephone:  213-680-2800
5  Facsimile:   213-614-7399

6  Attorneys for Plaintiffs
   Farmers Insurance Exchange, Truck Insurance
7  Exchange, Fire Insurance Exchange, Mid-Century
   Insurance Company and Farmers New World Life
8  Insurance Company

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12  FARMERS INSURANCE EXCHANGE, an        Case No. 2:13-cv-00784-MCE-DAD
    inter-insurance exchange; TRUCK
13  INSURANCE EXCHANGE, an inter-         **STIPULATED PERMANENT**
    insurance exchange; FIRE INSURANCE    **INJUNCTION AND ORDER**
14  EXCHANGE, an inger-insurance exchange;
    MID-CENTURY INSURANCE
15  COMPANY, a corporation; and FARMERS
    NEW WORLD LIFE INSURANCE
16  COMPANY, a corporation,

17              Plaintiff,

18       vs.

19  STEELE INSURANCE AGENCY, INC., a
    California corporation; TROY STEELE, an
20  individual; TED BLALOCK, an individual;
    LARRY MCCARREN, an individual; BILL
21  HENTON, an individual; CINDY JO
    PERKINS, an individual; and DOES 1
22  through 50, inclusive,

23              Defendant.

24

25

26

27

28

IINSHAW & CULBERTSON
I3 West 5th Street, 47th Floor
os Angeles, CA 90071-2043
213-680-2800

Pursuant to the signed agreement filed March 19, 2015 (ECF No. 94), Defendants Steele Insurance Agency, Inc., Troy Steele, Ted Blalock, Larry McCarren, Bill Henton and Cindy Jo Perkins ("Defendants") and Plaintiffs Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance Exchange, Mid-Century Insurance Company, and Farmers New World Life Insurance Company (" "Farmers"), by and through their attorneys of record, stipulate as follows:

WHEREAS Farmers brought an action against Defendants seeking, among other things, injunctive relief; and

WHEREAS, Farmers and Defendants seek to resolve all issues, claims, and controversies between them arising from this action;

WHEREAS, Farmers and Defendants, by and through their attorneys of record, have entered into a Settlement Agreement and Release, pursuant to which they have stipulated and agreed, among other things, that this Stipulated Permanent Injunction may be entered by the Court in favor of Farmers and against Defendants;

THEREFORE, based upon the stipulation of Farmers and Defendants, the Court hereby orders as follows:

1. Defendants, their agents, employees, and all those acting in concert with them who receive actual notice of this Order shall:

a. Immediately cease and desist accessing, utilizing, divulging, or making use in any manner, confidential trade secret information relating to the identity of, or any information regarding, Farmers policyholders;

b. Defendants shall immediately cease and desist duplicating, copying, condensing, or summarizing trade secret policyholder information obtained from Farmers' computer database or from hard copy or electronic files of former Farmers agents;

c. Immediately cease and desist duplicating, copying, condensing, or summarizing information obtained from Farmers' computer databases or the files of former Farmers agents that pertains to policyholder expirations or other policyholder information; and

1

d. Immediately cease and desist disseminating, transferring, publishing, or communicating to any other person, including competing insurance carriers, Farmers' trade secret policyholder information.

2.  Defendants will immediately report to Plaintiffs any violations of Paragraph 1.

3. Defendants shall not, directly or indirectly through their employees, agents or independent contractors, solicit or induce any current Farmers producer, agent or district manager to terminate their contract with Farmers and/or to become appointed with the Steele Insurance Agency Inc., by calling, communicating in writing, sending emails, texts or other electronic communications to current Farmers producers, agents or district managers;

4.  Defendants will immediately return to Farmers any Farmers' materials Defendants may have in their possession, including but not limited to any documents generated by Farmers or producers, agents, or district managers of Farmers, Farmers' internal manuals, lists of Farmers customers, Farmers policyholder information, leads regarding potential Farmers customers, or any other type of Farmers customer information.  Alternatively, Defendants shall certify under oath that any such material, if it was ever in their possession, has been destroyed.

5.      Farmers is entitled to $2,500 for each violation of this Stipulated Permanent Injunction, and may seek further compensation and remedies consistent with applicable law.

///

///

///

///

///

///

///

2

36032674v1 0963147

1     6.   Within five business days after entry, Defendants shall notify all of their

2  employees, agents, and independent contractors about this Order and provide a copy

3  to them.

4     IT IS SO ORDERED.

5  Dated:  March 23, 2015

6

7  _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
8  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3