1  Royal F. Oakes (080480), roakes@bargerwolen.com
   Michael A. S. Newman (205299),
2  mnewman@bargerwolen.com
   HINSHAW & CULBERTSON LLP
3  633 West Fifth Street, 47th Floor
   Los Angeles, California  90071
4  Telephone:  (213) 680-2800
   Facsimile:  (213) 614-7399
5

6  Attorneys for Plaintiffs
   Farmers Insurance Exchange, Truck Insurance
7  Exchange, Fire Insurance Exchange, Mid-Century
   Insurance Company and Farmers New World Life
8  Insurance Company

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  FARMERS INSURANCE EXCHANGE, an   )   Case No.  2:13-CV-00784-MCE-DAD
    inter-insurance exchange; TRUCK          )
13  INSURANCE EXCHANGE, an inter-            )   **DISMISSAL WITH PREJUDICE;**
    insurance exchange; FIRE INSURANCE       )   **ORDER**
14  EXCHANGE, an inter-insurance exchange;   )
    MID-CENTURY INSURANCE COMPANY,           )
15  a corporation; and FARMERS NEW WORLD     )
    LIFE INSURANCE COMPANY, a                )
16  corporation                              )
                                             )
17              Plaintiffs,                  )
                                             )
18       vs.                                 )
                                             )
19                                           )
    STEELE INSURANCE AGENCY,  INC., a        )
20  California corporation; TROY STEELE, an  )
    individual; TED BLALOCK, an individual;  )
21  LARRY MCCARREN, an individual; BILL      )
    HENTON, an individual; CINDY JO          )
22  PERKINS, and individual; and DOES 1      )
    through 50, inclusive                    )
23                                           )
                Defendants.                  )
24                                           )
                                             )
25

26

27

28

**DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

1   Plaintiffs Farmers Insurance Exchange, Truck Insurance Exchange, Fire Insurance

2  Exchange, Mid-Century Insurance Company, and Farmers New World Life Insurance

3  Company ("Farmers") hereby dismiss the above-captioned action  in its entirety with

4  prejudice.

5  Dated:  January 26, 2016                        HINSHAW & CULBERTSON LLP

6

7                                                              By: /s/ *Royal F. Oakes*
                                                               ROYAL F. OAKES
8                                                              MICHAEL A.S. NEWMAN
                                                               Attorneys for Plaintiffs
9                                                              Farmers Insurance Exchange, Truck
                                                               Insurance Exchange, Fire Insurance
10                                                             Exchange, Mid-Century Insurance
                                                               Company and Farmers New World Life
11                                                             Insurance Company

12

13

14                                              ORDER

15         Pursuant to the above dismissal with prejudice by Plaintiffs, the above-captioned

16  matter is hereby DISMISSED WITH PREJUDICE

17

18         IT IS SO ORDERED

19  Dated:  February 2, 2016

20

21                              _____

22                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

23

24

25

26

27

28

2

**DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**